# UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **STACIE SMITH,**<br><br><br>    **PLAINTIFF,**<br><br>**v.**<br><br>**LIFEPOINT HOSPITALS, INC., D/B/A ANDALUSIA REGIONAL HOSPITAL,**<br><br>    **DEFENDANT.** | **2:08-cv-00125-MHT-WC** |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW STACIE SMITH, a PLAINTIFF in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This Party is an individual.

There are no entities to report.

**RESPECTFULLY SUBMITTED:**

*/s/Utopia Cassady*
**Utopia Cassady**
**ASB: CAS037**
**CASSADY & CASSADY, P.C.**
**14 South Section Street**
**Fairhope, AL 36532**
**Telephone: (251) 928-9558**
**Facsimile:  (251) 217-9033**
topiecassady@bellsouth.net
**Counsel for Stacie Smith**

## CERTIFICATE OF SERVICE

I, Utopia Cassady, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 11th day of March 2008, to:

> Lifepoint Hospitals, Inc.
> DBA Andalusia Regional Hospital
> The Corporate Trust Company
> Corporate Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

2