Ms. Debra P. Hackett
Clerk of Court
U. S. District Court
P. O. Box 711
Montgomery, AL  36101-0711



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X  *Scott Fackala*

B. Received By: (Please Print Clearly)

C. Date of Delivery
MAR 04 2008

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

City         State      ZIP + 4 Code

7155 5474 4100 4888 7824

RETURN RECEIPT REQUESTED

Article Addressed To: 08cv 1255*C

Lifepoint Hospitals, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 N Orange St
Wilmington DE 19801-1196