IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Stacie Smith, individually )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LifePoint Hospitals, Inc., )<br>d/b/a Andalusia Regional )<br>Hospital )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>2:08 CV-125-MHT |

CORPORATE DISCLOSURE STATEMENT

Comes now the Defendant and submits this Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1. Specifically, Defendant states as follows:

1. Defendant has previously asserted that the party identified by Plaintiff, "LifePoint Hospitals, Inc., d/b/a Andalusia Regional Hospital" is not a proper entity as there is no corporate entity known as "LifePoint Hospitals, Inc., d/b/a Andalusia Regional Hospital" and because LifePoint Hospitals, Inc. does not directly own and operate Andalusia Regional Hospital.

2. Nonetheless, LifePoint Hospitals, Inc. is a publically traded (NASDAQ) holding company.[1] LifePoint Hospitals, Inc. has no parent company. Relevant subsidiaries include Historic LifePoint, Inc., Lifepoint Hospital Holdings, Inc., Lifepoint Holdings 2, LLC,

---

[1] By making this disclosure, LifePoint Hospitals, Inc. does not admit that the Court has personal jurisdiction over it.

and Lifepoint Holdings 3, Inc.

    3.   Defendant has referred to the owner and operator of the hospital at issue as Community Hospital of Andalusia, Inc. One hundred percent of the stock in Community Hospital of Andalusia, Inc. is owned by Lifepoint Holdings 3, Inc. Community Hospital of Andalusia, Inc. does business as "Andalusia Regional Hospital."

                                            s/Walter J. Price, III
                                            Walter J. Price, III
                                            Attorney for said Defendant
                                            HUIE, FERNAMBUCQ & STEWART, LLP
                                            Three Protective Center
                                            Suite 200
                                            2801 Highway 280 South
                                            Birmingham, Alabama 35223
                                            Phone: (205)251-1193
                                            Fax: (205)251-1256
                                            Email: WJP@hfsllp.com
                                            ASB-0127-c66w

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using E-File system which will send notification of such filing to the following attorneys and mailing the document via U. S. Mail to the attorneys who are non-participants to the E-File system:

Max Cassady, Esquire
Utopia Cassady, Esquire
CASSADY & CASSADY, P.C.
14 South Section Street
Fairhope, AL 36401

                                            s/Walter J. Price, III