UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACIE SMITH,<br><br>   PLAINTIFF,<br><br>v.<br><br>LIFEPOINT HOSPITALS, INC., D/B/A ANDALUSIA REGIONAL HOSPITAL,<br><br>   DEFENDANT. | 2:08-cv-00125-MHT-WC |

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

   **COMES NOW** plaintiff, **STACIE SMITH** , and DISMISSES this matter WITHOUT PREJUDICE.


                              RESPECTFULLY SUBMITTED:

                              */s/ Utopia Cassady*
                              _____
                              **CASSADY *&* CASSADY, P.C.**
                              14 South Section Street
                              Fairhope, AL 36532
                              Telephone: (251) 928-9558
                              Facsimile:  (251) 217-9033
                              maxcassady@bellsouth.net
                              topiecassady@bellsouth.net
                              **ASB: CAS037**

## **CERTIFICATE OF SERVICE**

I certify by my signature above that the foregoing was served upon all counsel of record by electronic filing and/or e-mail.